IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROBERT J. KLEBE | § | |
| | § | |
| V. | § | A-08-CA-091  AWA |
| | § | |
| UNIVERSITY OF TEXAS HEALTH | § | |
| SCIENCE CENTER AT SAN ANTONIO | § | |

## JUDGMENT ON ATTORNEY'S FEES

On this date, the Court entered an order with regard to the Plaintiff's application for attorney's fees and costs.  Based on that order, JUDGMENT is hereby entered in favor of Robert J. Klebe against The University of Texas Health Science Center at San Antonio, in the sum of $155,422.27, for which let execution issue.

SIGNED this 13th day of April, 2010.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE