IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROBERT J. KLEBE | § | |
| | § | |
| | § | |
| V. | § | A-08-CA-091  AWA |
| | § | |
| UNIVERSITY OF TEXAS HEALTH | § | |
| SCIENCE CENTER AT SAN ANTONIO | § | |

## ORDER

Before the Court are Defendant's Renewed Motion for Judgment as a Matter of Law, filed January 20, 2010 (Clerk's Doc. No. 214), and Defendant's Motion for New Trial, for Remittitur, and to Modify, Correct or Reform the Judgment, filed January 20, 2010 (Clerk's Doc. No. 215).

The arguments raised in the above motions have already been addressed in the court's orders denying Defendant's previous post-trial motions. Indeed, Defendant appears to acknowledge this, as it states at the beginning of its motions that the current motions are being filed to "to ensure preservation of its appellate rights."

For the reasons stated in the court's previous orders, see Clerk's Doc. Nos. 172 and 208, IT IS ORDERED that Defendant's Renewed Motion for Judgment as a Matter of Law (Clerk's Doc. No. 214), and Defendant's Motion for New Trial, for Remittitur, and to Modify, Correct or Reform the Judgment (Clerk's Doc. No. 215) are HEREBY DENIED.

SIGNED this 13th day of April, 2010.

ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE