IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROBERT J. KLEBE | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:08-CV-0091-AWA |
| | § | |
| UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S NOTICE OF CROSS-APPEAL

Defendant filed a Notice of Appeal on May 12, 2010, giving notice of his intent to appeal the Final Judgment signed by the United States District Court for the Western District of Texas, Austin Division on December 23, 2009. Plaintiff hereby states his intent to challenge on appeal any ruling adverse to Plaintiff that is contained in or subsumed by the Final Judgment, including, but not limited to the district court's ruling on defendant's motion for summary judgment [Dct. 71], the district court's ruling on Plaintiff's attorney fee application [Dct. 227 and 228], or any other matter that is material to any issue raised or relief sought by Defendant on appeal.

Respectfully submitted,

JUDGE, KOSTURA & PUTMAN, P.C.
The Commissioners House at Heritage Square
2901 Bee Cave Road, Box L
Austin, Texas 78746
Telephone:  512/328-9099
Facsimile:   512/328-4132

R. Robert Willmann, Jr.
Attorney at Law
P.O. Box 460167
San Antonio, Texas 78246
Telephone:  210/828-3444
Facsimile:   210/828-1767

By: _____
John Judge
State Bar No. 11044500
Federal Bar No. 81191

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of May, 2010, a copy of the foregoing document was sent via facsimile to the following:

Lars Hagen
Assistant Attorney General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:  512/463-2120
Facsimile:    512/320-0667

Kim E. Brightwell
REEVES & BRIGHTWELL, LLP
221 West 6th Street, Suite 1000
Austin, Texas 78701-3410
Telephone: 512/334-4500
Facsimile: 512/334-4492

_____
John Judge

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 1
Receipt Number: 100006522
Cashier ID: tkatzen
Transaction Date: 05/24/2010
Payer Name: JUDGE KOSTURA PUTMAN PC
------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: ROBERT KLEBE
 Amount:        $455.00
------------------------------
CHECK
 Check/Money Order Num: 5407
 Amt Tendered:   $455.00
------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

1:08CV091; KLEBE v. UNIVERSITY OF
TEXAS HEALTH SCIENCE CENTER; CROSS
APPEAL ON BEHALF OF PLAINTIFF
```